Samuel Weingreen v. Solomon Michaelbacher and Others.— Motion granted, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Henry E. Dixey v. Henry W. Savage.— Motion granted unless appellant complies with terms stated in order.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Leopold Popper v. Henry Wallach and Another.— Motion granted unless appellant complies with terms stated in order.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Elmer E. Alexander and Others v. Trent Tile Company.— Motion granted unless appellant complies with terms stated in order.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Frank West v. Harlan and Hollingsworth Company.— Motion denied. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

William Rosenthal v. Abraham L. Kass.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Herman Schatia v. Morris Mishel.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

E. Carl Schnabel v. American Educational Alliance.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

William R. Walker v. Ike Juryan.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

William R. Walker v. Ike Juryan.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Tibbott Avenue.— Application granted.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Henry C. Valentine.— Application granted.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Benjamin Gortikov v. Marion Gortikov.— Motion denied.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Franklin B. Long and Others v. Lebanon National Bank and Others.— Motion denied.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Hamilton Place.— Reference ordered.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Philip S. Saitta.— Respondent disbarred.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Sidney R. Lash.— Application granted.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.